# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 164 WAL 2020

          Respondent          :

                                  :    Petition for Allowance of Appeal
                                  :    from the Order of the Superior Court

          v.                       :

JON JOSEPH TAYLOR,           :

          Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 3rd day of November, 2020, the Petition for Allowance of Appeal is **DENIED**.